ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Gainesville

NOV 0-4 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL INFORMATION |
| v. | : |
| MITCHELL C. SIMPSON | : NO. 2:11-CR-41-RWS |

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about April 2009 through in or about June 2009, in the Northern District of Georgia and elsewhere, the defendant, MITCHELL C. SIMPSON, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, a conspiracy to knowingly make false statements for the purpose of influencing the action of Community Bank & Trust in connection with applications and loans, and the acceptance, release, and substitution of security therefor, in violation of Title 18, United States Code, Section 371, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

J. RUSSELL PHILLIPS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar Number 576335

600 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303
(404) 581-6000